UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA B. MARSHALL,<br><br>             Plaintiff,<br><br>        v.<br><br>THE UNITED STATES DEPARTMENT OF<br>THE AIR FORCE,<br><br>             Defendant. | NO. CV-09-0323-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On April 15, 2010, the parties filed a Stipulation of Dismissal. (Ct. Rec. 8.) Based on the parties' Stipulation, **IT IS HEREBY ORDERED:**

1. Plaintiff's Amended Complaint **(Ct. Rec. 4)** is **DISMISSED with prejudice** and without fees and costs to any party.

2. This file shall be closed.

3. All pending motions are **DENIED** as moot. All hearings are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this _____15th_____ day of April 2010.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2009\323.Stip.Dismiss.wpd

ORDER ~ 1